457 F.2d 503
 UNITED STATES of America, Plaintiff and Appellee,
v.
Kenneth James CAPOZZO, Appellant.
 No. 72-1143.
 United States Court of Appeals,
Ninth Circuit.
 April 14, 1972.
 
 Coleman A. Blease (argued), of Karlton, Blease & Vanderlaan, Sacramento, Cal., for appellant.
 John F. Cooney, Jr., Asst. U. S. Atty. (argued) F. Steele Langford, Asst. U. S. Atty., James L. Browning, Jr., U. S. Atty., San Francisco, Cal., for plaintiff-appellee.
 Before CHAMBERS and ELY, Circuit Judges, and TAYLOR, District Judge.*
 PER CURIAM:
 
 
 1
 The judgment of conviction is affirmed.
 
 
 
 *
 The Honorable Fred M. Taylor, United States District Judge for the District of Idaho, sitting by designation